RECEIVED
MAR 1 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| Althea Williams, et al | Civil Action No. 03-1874 |
| versus | Judge Tucker L. Melançon |
| City of Jeanerette, et al | Magistrate Judge Methvin |

## ORDER

Before the Court is a motion to dismiss filed by defendant, Surety Management Inc. ("Surety") against plaintiffs Alethea S. Williams and Reverend Edward Williams, Individually, and on behalf his minor children, L'I'Tec'cia C.J. Williams and Ok'Suryia A.R. Williams [Rec. Doc. 104] and plaintiffs' opposition to defendant's motion to dismiss [Rec. Doc. 106]. As defendant attached matters outside the pleadings to its motion, the Court will treat defendant's motion to dismiss as a motion for summary judgment under Rule 56. *Washington v. Allstate Ins. Co.*, 901 F.2d 1281, 1284-85 (5th Cir.1990) ("Where matters outside the pleadings are considered by the district court on a motion to dismiss, Rule 12(b) requires the court to treat the motion as one for summary judgment and to dispose of it as required by Rule 56."). Whenever a motion to dismiss is treated as a motion for summary judgment, the nonmovant is entitled to the procedural safeguards of Rule 56. *Id.* Rule 56(c) requires that the nonmovant have 10 days within which to respond to a motion for summary judgment. Accordingly, plaintiffs may supplement their opposition to the

1.

motion for summary judgment by April 4, 2006, after which time the Court will consider the instant motion.

Thus done and signed this 15th day of March, 2005 at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge

COPY SENT:
DATE: 3-16-06
BY: 
TO: TLM