RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 11/15/06

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Althea S. Williams, et al. | Civil Action No. 03-1874 |
| versus | Judge Tucker L. Melançon |
| Cecil Melancon, et al | Magistrate Judge Methvin |

## JUDGMENT

Having conducted a hearing on November 14, 2006 on plaintiffs' Motion for Default Judgment styled "Motion for Entry of Default" as to Cecil Melancon [Rec. Doc. 113], and after considering the record of the proceeding and the testimony adduced at the hearing, it is the finding of the Court that plaintiffs have established the liability of defendant Cecil Melancon. It is

**THEREFORE ORDERED** that judgment for liability only is granted pursuant to Rule 55 of the Federal Rules of Civil Procedure in favor of plaintiffs Althea S. Williams and Rev. Edward Williams, individually and on behalf of L'I'Tec'Cia C. J. Williams and Ok'Suryia A. R. Williams, and against defendant Cecil Melancon.

Thus done and signed this 15th day of November, 2006 at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge